```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
1979 FAMILY TRUST LICENSOR, LLC                              :
and ROCKEFELLER & CO. LLC,                                   :
                                                             :
                                Plaintiffs,                  :
                                                             :
                  -against-                                  :
                                                             :
MEHAL J. DARJI aka MEHAL                                     :
ROCKEFELLER and ROCKEFELLER                                  :
MANAGEMENT CO.,                                              :
                                                             :
                                Defendants.                  :
-------------------------------------------------------------X
```

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED: 4/20/2021 | |

19-CV-4389 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 22, 2020, Plaintiffs filed a motion for contempt and imposition of sanctions against Defendants for failure to comply with the default judgment entered on August 19, 2019 (*See* Dkts. 22, 24);

WHEREAS on September 14 and September 30, 2020, the Court granted Plaintiffs' motion for contempt and imposition of sanctions (Dkts. 31, 35);

WHEREAS on March 30, 2021, Plaintiffs filed a second motion for contempt seeking an order of incarceration against Defendants (Dkts. 36-38);

WHEREAS on April 19, 2021, Plaintiffs filed an affidavit of service reflecting service of the motion on Defendants on April 3, 2021, by leaving a copy of the motion with Defendant Darji's father, and on April 12, 2021, by mailing the motion to Defendant Darji's home address (Dkt. 39);

WHEREAS Defendants have failed to respond to the motion;

IT IS HEREBY ORDERED:  No later than **April 26, 2021 at 12:00 p.m.**, Defendants must respond to Plaintiffs' motion.  Plaintiffs' reply is due **April 28, 2021 at 12:00 p.m.**  The

parties must appear for a hearing on Plaintiffs' motion on **May 4, 2021 at 10:00 a.m**.  The hearing will be held **in person** in Courtroom 443.

The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 4389.  Any recording or retransmission of the hearing is strictly prohibited.

**Defendant Mehal J. Darji aka Mehal Rockefeller is warned that failure to comply with this order may result in a warrant being signed for his arrest.**

Information about the *pro se* clinic is attached to this order.

No later than **April 21, 2021,** Plaintiffs are directed to mail a copy of this order to Defendants, return receipt requested, and post proof of mailing on ECF.  Plaintiffs are also directed to email a copy of this order to Defendants.

**SO ORDERED.**

Date:  April 20, 2021
       New York, NY

_____
VALERIE CAPRONI
United States District Judge

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

