USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

1979 FAMILY TRUST LICENSOR, LLC
and ROCKEFELLER & CO. LLC,

                                      Plaintiffs,

                                  19-CV-4389 (VEC)

                -against-

                                      ORDER

MEHAL J. DARJI aka MEHAL
ROCKEFELLER and ROCKEFELLER
MANAGEMENT CO.,

                                  Defendants.

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 18, 2023, the Court received a request by mail from Defendant Mehal Darji requesting to appear for the July 21, 2023 conference by phone.

IT IS HEREBY ORDERED that Defendant's request is DENIED.

IT IS FURTHER ORDERED that Defendant must either serve the entire letter on Plaintiffs and request that the medical documents be filed under seal, or move to file the medical records in an *ex parte* presentation to the Court. In the meantime, the Court will temporarily keep the medical records under seal.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant at the address on file.

**SO ORDERED.**

**Date: July 19, 2023**
**      New York, NY**

                                                **VALERIE CAPRONI**
                                              **United States District Judge**