**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023

<u>Via ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re: <u>1979 Family Trust Licensor, LLC et al. v. Darji et al.,</u>
> **19 Civ. 4389 (VEC)**

Dear Judge Caproni,

    I write as Court-appointed counsel for pro se Defendant Mehal Rockefeller (also known as Mehal J. Darji) in the above-captioned matter to respectfully request that the Court adjourn the conference currently scheduled for Friday, July 28, 2023 at 10:00 a.m. to a time later in the afternoon. Counsel for Plaintiffs consents to this request.

    The pro se Defendant in this action resides in southern New Jersey and is unable to afford lodging in New York the night before Friday morning's scheduled appearance. In order to provide him sufficient time to travel by public transit from his home to the courthouse, we respectfully request that the Court reschedule the conference to later in the day on Friday. Plaintiffs' counsel and the undersigned can both be available at 4:00 p.m., subject to the Court's schedule.

    We thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    /s/

                                  Neil P. Kelly
                                  Assistant Federal Defender
                                  (212) 417-8744

cc:    James Weinberger, Esq. (counsel for Plaintiffs)
        Mehal Rockefeller (a/k/a Mehal J. Darji) (Defendant) (via email)

Application GRANTED.  The hearing scheduled for July 28, 2023, at 10:00 A.M., is hereby ADJOURNED to **Friday, July 28, 2023, at 4:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Date: 7/26/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE