**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

1979 FAMILY TRUST LICENSOR, LLC and
ROCKEFELLER & CO. LLC,

                         *Plaintiffs*,

        -against-

MEHAL J. DARJI aka MEHAL
ROCKEFELLER and ROCKEFELLER
MANAGEMENT CO.,

                         *Defendants*.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

Civil Action No.  1:19-cv-04389 (VEC)

**[PROPOSED] ORDER INSTRUCTING LINKEDIN
TO REMOVE/DISABLE INFRINGING ACCOUNT AND CONTENT**

WHEREAS, on May 14, 2019, Plaintiffs 1979 Family Trust Licensor, LLC and

Rockefeller & Co. LLC (together, "Plaintiffs") commenced this action against Defendants Mehal

J. Darji aka Mehal Rockefeller and Rockefeller Management Co. (together, "Defendants") based

on Defendants' use of the name and trademark ROCKEFELLER and asserted claims for federal

trademark infringement, unfair competition, dilution, and cybersquatting under the Lanham Act,

15 U.S.C. §§ 1114(1), 1125(a), (c)-(d), and related claims under New York State common law

and New York General Business Law § 360-1;

WHEREAS, on August 19, 2019, the Court entered default judgment (ECF No. 22, the

"Default Judgment") against Defendants and in favor of Plaintiffs on all claims and ordered, in

relevant part, as follows:

- Paragraph 5: "Based on the facts alleged in the Complaint, Defendant Darji has
  knowingly, and without authorization from Plaintiffs, adopted the surname
  Rockefeller and is operating Defendant [Rockefeller Management Co.] under the
  trade names ROCKEFELLER MANAGEMENT CO., and ROCKEFELLER
  CAPITAL MANAGEMENT in connection with a financial services business and

has registered and used the domain names *rockefellermanagement.com* in connection with their financial services business."

- Paragraph 7: "Plaintiffs are and will continue to be irreparably harmed absent the Court entering this Order."

- Paragraph 8: "Judgment is entered for Plaintiffs and against Defendants on Plaintiffs' claims for trademark infringement under 15 U.S.C. § 1114(1), unfair competition under 15 U.S.C. § 1125(a), dilution under 15 U.S.C. § 1125(c)(1), cybersquatting under 15 U.S.C. § 1125(d), trademark infringement and unfair competition under New York State common law, and dilution under N.Y. General Business Law § 360-1."

- Paragraph 9: "Defendants, and any of their respective officers, agents, privies, shareholders, principals, directors, licensees, attorneys, servants, employees, affiliates, subsidiaries, successors and assigns, and all those persons in concert or participation with any of them, and any entity owned or controlled in whole or in part by Defendants, are hereby jointly and severally permanently enjoined and forever restrained from:

  a) imitating, copying or making unauthorized use of the mark ROCKEFELLER, or any simulation, reproduction, copy, colorable imitation or confusingly similar variation of the ROCKEFELLER mark, including but not limited to the surname Rockefeller, ROCKEFELLER MANAGEMENT CO., ROCKEFELLER CAPITAL MANAGEMENT (any such mark, a "Prohibited Mark"), in or as part of any surname, corporate name, trademark, service mark, domain name, trade name, business name, fictitious name, or otherwise presenting any name that includes in whole or in part a Prohibited Mark on or in connection with any goods, businesses or services offered by Defendants or the advertising or promotion thereof;

  b) using a Prohibited Mark to refer to or describe any products, goods or services offered by or on behalf of Defendants or any individual, entity or other third party affiliated with Defendants;

  c) using a Prohibited Mark in or as part of any domain name, keyword, metatag, source code or other Internet search term, or otherwise using a Prohibited Mark on or in connection with any website owned or controlled by Defendants;

  d) applying to register or registering in the United States Patent and Trademark Office, or in any state or other government trademark registry, any Prohibited Mark, including the ROCKEFELLER MANAGEMENT CO. and ROCKEFELLER CAPITAL MANAGEMENT marks;

{F5254691.1 }

e)   using a Prohibited Mark in connection with the promotion, advertisement, sale, offering for sale or the provision of any goods or services;

f)   engaging in any other activity constituting unfair competition with Plaintiffs or constituting an infringement of the ROCKEFELLER mark;

g)   diluting or tarnishing any of the ROCKEFELLER mark; or

h)   instructing, assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (g) above";

WHEREAS, Plaintiffs moved for a finding of contempt against Defendants on July 22, 2020 (ECF Nos. 24-26, "Plaintiffs' First Contempt Motion") seeking an award of monetary damages for failure to comply with the Default Judgment, which the Court granted on September 14, 2020 (ECF No. 31);

WHEREAS, Plaintiffs moved for a second finding of contempt against Defendants on March 30, 2021 (ECF Nos. 36-38, "Plaintiffs' Second Contempt Motion") for failure to comply with the Default Judgment and the Court's order granting Plaintiff's First Contempt Motion;

WHEREAS, Plaintiffs moved for a renewed second finding of contempt against Defendants on April 4, 2023 (ECF Nos. 57-59, "Plaintiffs' Renewed Second Contempt Motion") for failure to comply with the Default Judgment and the Court's order granting Plaintiff's First Contempt Motion;

WHEREAS, on July 25, 2023, Plaintiffs filed a letter identifying a list of social media accounts, websites, and webpages that Plaintiffs believe were created by Defendants that violate the Default Judgment (*see* ECF No. 93, the "Ongoing Infringement Letter");

WHEREAS, Defendant Darji alleges that he did not create – nor does he own or control – the social media accounts, websites, and webpages identified in the Ongoing Infringement Letter and that he is being falsely impersonated with respect to the foregoing;

3

WHEREAS, on July 28, 2023, Plaintiffs and Defendant Darji appeared for an in-person hearing on Plaintiffs' Renewed Second Contempt Motion, and the parties agreed – and the Court ordered the parties (*see* ECF No. 99, the "Remedial Order") – to submit to the Court proposed consent orders instructing the service providers of the social media accounts, websites, and webpages identified in the Ongoing Infringement Letter to remove and/or disable the infringing accounts, websites, webpages, and email addresses;

WHEREAS, despite the Remedial Order, Defendant Darji refused to agree to sign a consent order with respect the LinkedIn profile for Duke Mehal Rockefeller (available at https://www.linkedin.com/in/duke-mehal-rockefeller-32387724a/) (the "Disputed LinkedIn Account");

WHEREAS, on August 22, 2023, the Court directed Defendant Darji to show cause by September 8, 2023 why the Disputed LinkedIn Account should not be ordered taken down (*see* ECF No. 106);

WHEREAS, on September 8, 2023, Defendant Darji filed a letter with the Court with his arguments in response to the order to show cause (*see* ECF No. 111, the "Darji Response")); and

WHEREAS, the Court, having considered the facts and legal arguments set forth in Plaintiff's Renewed Second Contempt Motion, the Ongoing Infringement Letter and the Darji Response and having found that Defendants willfully, knowingly, and intentionally violated the terms of the Default Judgment, has determined that the relief provided herein is necessary and proper to compel Defendants to comply with the Default Judgment; and after due deliberation and sufficient cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

{F5254691.1 }

1.      The Disputed LinkedIn Account, a true and correct copy of which is attached hereto as Exhibit A, "mak[es] unauthorized use of the mark ROCKEFELLER . . . including but not limited to the surname Rockefeller, ROCKEFELLER MANAGEMENT CO., ROCKEFELLER CAPITAL MANAGEMENT . . . in or as part of a[] surname, corporate name, trademark, service mark, domain name, trade name, business name, fictitious name" in violation of Paragraph 9(a) of the Default Judgment.

2.      LinkedIn shall disable the Disputed LinkedIn Account and remove all content posted on or otherwise associated with the Disputed LinkedIn Account so that such content is no longer available, either publicly or privately.

3.      LinkedIn shall use its best efforts to ensure that Defendants do not in the future create accounts or post content on the LinkedIn platform that violates the Default Judgment, including by disabling such accounts and/or removing such content if LinkedIn becomes aware of a violation.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

[Remainder of page intentionally left blank]

{F5254691.1 }

SO ORDERED this __13__ day of __September__, 2023.

_____

HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**

By: _____
James D. Weinberger
151 West 42nd Street, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900
Email: *jweinberger@fzlz.com*

*Counsel for Plaintiffs 1979 Family Trust
Licensor, LLC and Rockefeller & Co. LLC*

Date: September 13, 2023

6

# EXHIBIT A

Case 1:19-cv-04889-WFK Document 114-51 Filed 09/13/23 Page 8 of 12

 

Home   My Network   Jobs   Messaging   Notifications   Me ▾      For Business ▾   Network S   Try Premiu



## Duke Mehal Rockefeller · 3rd
Majestic 12

- The SPLIT Medical Group
- University of Pennsylvania

Sicklerville, New Jersey, United States · **Contact info**

**505** followers · **471** connections

Follow      ⬈ Message      More

**Providing services**
Business Consulting, Brand Consulting, Management Consulting, Marketing Co...
**Show details**

---

## Activity
505 followers

＋ Follow

Posts    Comments    Images

**Duke Mehal Rockefeller** reposted this • 3d



😊❤️ 24                                    7 comments

---

**Duke Mehal Rockefeller** posted this • 3w

**TikTok · GodWillGuide**
tiktok.com • 1 min read

😊👍 5                                    1 comment

---

**Duke Mehal Rockefeller** posted this • 1mo

It's been a while since I started my role at **National Geospatial-Intelligence Agency** as a Special Advisor to President Donald Trump , but I wanted to share this update with everyone.

😊👍 12                                    3 comments

Show all posts →

---

## Experience

**Chairman**
The SPLIT Medical Group · Contract
Aug 2023 - Present · 2 mos
Hybrid

**Chairman**
Split Consulting · Full-time
Jun 2023 - Present · 4 mos

**Skills:** Analytical Skills · Marketing · English

 **Chairman**
BlackRock · Full-time
Jun 2023 - Present · 4 mos
Cherry Hill, New Jersey, United States · Hybrid

 **Supervisory Board + Rear Admiral 2***
JASON society
Mar 2023 - Present · 7 mos

Chairman Trust Office Foundation
...                                                      ...see more

**Chairman**
Sénatus-consulte · Full-time
Mar 2023 - Present · 7 mos
Netherlands

2:00
...                                                      ...see more

Show all 10 experiences →

## Education

 **University of Pennsylvania**
Bachelor of Arts - BA, Economic
Aug 1998 - May 2000
Grade: 4.0

**Skills:** Analytical Skills · Marketing · English

## Skills

**Analytical Skills**

Chairman at Split Consulting

 University of Pennsylvania

Endorsed by Ambassador Charles Egenti who is highly skilled at this

Show all 5 details →

**Marketing**

Chairman at Split Consulting

 University of Pennsylvania

 Endorsed by 2 people in the last 6 months

Show all 4 details →

**English**

Chairman at Split Consulting

 University of Pennsylvania

 Endorsed by 2 people in the last 6 months

Show all 4 details →

## Recommendations

**Received**        Given

 **Alessandro Cerboni** · 3rd
CERBONI CONSULTING - VICEPRESIDENTE DI ASSOCOMPLIANCE - Lead
Auditor ISO37301:2021 Compliance Management Systems - OSINT and
Intelligence Specialist -ISO 37301 Certification Scheme Committer member -
TEAM ROBYN HODE
October 24, 2022, Alessandro worked with Duke Mehal on the same team

The international experience that has few equals and the wide network of
international relations make Duke Mehal Rockefeller a key figure for those
who need to develop their business.

## Interests

**Top Voices**        Companies        Groups        Newsletters        Schools

 **Jeff Weiner**  · 3rd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,437,811 followers

＋ Follow

**Satya Nadella** in · 3rd
Chairman and CEO at Microsoft
10,407,774 followers

＋ Follow

Show all Top Voices →

## People also viewed

 **Gregory J. Fleming** · 2nd
President and CEO of Rockefeller Capital Management
5 mutual connections

👤⁺ Connect

 **Dr. Rajiv J. Shah** · 2nd
President at The Rockefeller Foundation
2 mutual connections

+ Follow

**Jan Rothschild** in · 2nd
President, Rothschild & Associates
1 mutual connection

⊕+ Connect

**Chris Dupuy** · 2nd
Co-President, Rockefeller Global Family Office
1 mutual connection

⊕+ Connect

**Tim O'Hara** · 2nd
Co-President, Rockefeller Global Family Office
2 mutual connections

⊕+ Connect

Show all

**People you may know**

**Katy Gray**
Creative and innovative Intellectual Property Paralegal driving continuous,
high-level results.

⊕+ Connect

**Ethan Levy**
2024 MBA Candidate at Indiana University
25 mutual connections

⊕+ Connect

**Aishwarya Menon**
Partner at K&S Partners
7 mutual connections

⊕+ Connect

**Shannon Kavanagh**
J.D. Candidate | Sandra Day O'Connor College of Law at Arizona State
University
5 mutual connections

⊕+ Connect

**Puja Krishana**
Finance Specialist
5 mutual connections

⊕+ Connect

Show all

**You might like**
Pages for you

 **Alston & Bird**
Law Practice

Case 1:19-cv-04889-WFK Document 1-1 Filed 09/18/23 Page 12 of 12



24,446 followers
1 connection works here

+ Follow

**OpenAI**
Research Services
1,899,996 followers

8 connections follow this page

+ Follow

Show all

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | **Questions?** Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ▾ | Ad Choices | Advertising | **Manage your account and privacy** Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | **Recommendation transparency** Learn more about Recommended Content. | |

LinkedIn Corporation © 2023