USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
1979 FAMILY TRUST LICENSOR, LLC
and ROCKEFELLER & CO. LLC,

                      Plaintiffs,

              -against-

MEHAL J. DARJI aka MEHAL
ROCKEFELLER and ROCKEFELLER
MANAGEMENT CO.,

                      Defendants.
-------------------------------------------------------------- X

19-CV-4389 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 30, 2023, Plaintiff notified the Court of a LinkedIn account for "Mustafa Kemal Gormus" that makes prominent use of the ROCKEFELLER trademark;

WHEREAS Plaintiff alleges that Mr. Gormus is either an agent of or an accomplice to Defendant or that Mr. Gormus is a pseudonym for Defendant, Dkt. 116;

WHEREAS on October 31, 2023, the Court directed Defendant to show cause, no later than November 21, 2023, why Plaintiff's proposed order instructing LinkedIn to remove the account for "Mustafa Kemal Gormus" should not be entered, Dkt. 117;

WHEREAS on November 2, 2023, Defendant notified the Court that he does not object to Plaintiff's proposed order because "the disputed account is not his and is not under his control," Dkt. 118; and

IT IS HEREBY ORDERED that, on or before November 6, 2023, Plaintiff is directed to send by United States Mail its letter dated October 30, 2023, Defendant's letter dated November 2, 2023, Plaintiff's proposed order to LinkedIn, Dkt. 116-1, and this Order.

      IT IS FURTHER ORDERED that, no later than **November 17, 2023**, Mr. Gormus must notify the Court if he objects to the proposed order to LinkedIn; if, but only if, Mr. Gormus objects, the parties, including Mr. Gormus, must appear for a conference before the Court on **November 21, 2023**, at **2:30 PM**.  The conference will be held in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  If Mr. Gormus does not respond to this Court's order by **November 17, 2023**, the proposed order to LinkedIn will be entered.

**SO ORDERED.**

**Date:  November 3, 2023**
      **New York, NY**

                           **VALERIE CAPRONI**
                           **United States District Judge**