USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

1979 FAMILY TRUST LICENSOR, LLC
and ROCKEFELLER & CO. LLC,

                Plaintiffs,

-against-

MEHAL J. DARJI aka MEHAL
ROCKEFELLER and ROCKEFELLER
MANAGEMENT CO.,

                Defendants.

------------------------------------------------------------X

19-CV-4389 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 30, 2023, Plaintiff notified the Court of a LinkedIn account for "Mustafa Kemal Gormus," which makes prominent use of the ROCKEFELLER trademark;

       WHEREAS Plaintiff alleges that Mr. Gormus is either an agent of or an accomplice to Defendant or a pseudonym for Defendant, Dkt. 116;

       WHEREAS on October 31, 2023, the Court directed Defendant to show cause no later than November 21, 2023, why Plaintiff's proposed order instructing LinkedIn to remove the account for "Mustafa Kemal Gormus" should not be entered, Dkt. 117;

       WHEREAS on November 2, 2023, Defendant notified the court that he does not object to Plaintiff's proposed order because "the disputed account is not his and is not under his control," Dkt. 118;

       WHEREAS the Court directed Plaintiff to serve Mr. Gormus the proposed order, Dkt. 116-1, and ordered Mr. Gormus to show cause, no later than November 17, 2023, why the proposed order should not be entered; and

       WHEREAS Mr. Gormus has not responded to the order to show cause.

IT IS HEREBY ORDERED that the proposed order directing Linkedin to disable the infringing account, Dkt. 116-1, will be entered separately.

IT IS FURTHER ORDERED that the conference scheduled for November 21, 2023, is CANCELED.

**SO ORDERED.**

Date:  **November 20, 2023**
   **New York, NY**

                   **VALERIE CAPRONI**
                   **United States District Judge**