USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
1979 FAMILY TRUST LICENSOR, LLC
and ROCKEFELLER & CO. LLC,

         Plaintiffs,

  -against-

MEHAL J. DARJI aka MEHAL
ROCKEFELLER and ROCKEFELLER
MANAGEMENT CO.,

         Defendants.
------------------------------------------------------------- X

19-CV-4389 (VEC)

ORDER INSTRUCTING GOOGLE TO REMOVE/DISABLE INFRINGING ACCOUNTS AND CONTENT OWNED BY DEFENDANTS

VALERIE CAPRONI, United States District Judge:

  WHEREAS, on May 14, 2019, Plaintiffs 1979 Family Trust Licensor, LLC and Rockefeller & Co. LLC (together, "Plaintiffs") commenced this action against Defendants Mehal J. Darji aka Mehal Rockefeller and Rockefeller Management Co. (together, "Defendants") based on Defendants' use of the name and trademark ROCKEFELLER and asserted claims for federal trademark infringement, unfair competition, dilution, and cybersquatting under the Lanham Act, 15 U.S.C. §§ 1114(1), 1125(a), (c)-(d), and related claims under New York State common law and New York General Business Law § 360-1;

  WHEREAS, on August 19, 2019, the Court entered default judgment (ECF No. 22, the "Default Judgment") against Defendants and in favor of Plaintiffs on all claims and ordered, in relevant part, as follows:

- Paragraph 5: "Based on the facts alleged in the Complaint, Defendant Darji has knowingly, and without authorization from Plaintiffs, adopted the surname Rockefeller and is operating Defendant [Rockefeller Management Co.] under the trade names ROCKEFELLER MANAGEMENT CO., and ROCKEFELLER CAPITAL MANAGEMENT in connection with a financial services business and has registered and used the domain names rockefellermanagement.com in connection with their financial services business."

- Paragraph 7: "Plaintiffs are and will continue to be irreparably harmed absent the Court entering this Order."

- Paragraph 8: "Judgment is entered for Plaintiffs and against Defendants on Plaintiffs' claims for trademark infringement under 15 U.S.C. § 1114(1), unfair competition under 15 U.S.C. § 1125(a), dilution under 15 U.S.C. § 1125(c)(1), cybersquatting under 15 U.S.C. § 1125(d), trademark infringement and unfair competition under New York State common law, and dilution under N.Y. General Business Law § 360-1."

- Paragraph 9: "Defendants, and any of their respective officers, agents, privies, shareholders, principals, directors, licensees, attorneys, servants, employees, affiliates, subsidiaries, successors and assigns, and all those persons in concert or participation with any of them, and any entity owned or controlled in whole or in part by Defendants, are hereby jointly and severally permanently enjoined and forever restrained from:

    a) imitating, copying or making unauthorized use of the mark ROCKEFELLER, or any simulation, reproduction, copy, colorable imitation or confusingly similar variation of the ROCKEFELLER mark, including but not limited to the surname Rockefeller, ROCKEFELLER MANAGEMENT CO., ROCKEFELLER CAPITAL MANAGEMENT (any such mark, a "Prohibited Mark"), in or as part of any surname, corporate name, trademark, service mark, domain name, trade name, business name, fictitious name, or otherwise presenting any name that includes in whole or in part a Prohibited Mark on or in connection with any goods, businesses or services offered by Defendants or the advertising or promotion thereof;

    b) using a Prohibited Mark to refer to or describe any products, goods or services offered by or on behalf of Defendants or any individual, entity or other third party affiliated with Defendants;

    c) using a Prohibited Mark in or as part of any domain name, keyword, metatag, source code or other Internet search term, or otherwise using a Prohibited Mark on or in connection with any website owned or controlled by Defendants;

    d) applying to register or registering in the United States Patent and Trademark Office, or in any state or other government trademark registry, any Prohibited Mark, including the ROCKEFELLER MANAGEMENT CO. and ROCKEFELLER CAPITAL MANAGEMENT marks;

    e) using a Prohibited Mark in connection with the promotion, advertisement, sale, offering for sale or the provision of any goods or services;

    f) engaging in any other activity constituting unfair competition with Plaintiffs or constituting an infringement of the ROCKEFELLER mark;

    g) diluting or tarnishing any of the ROCKEFELLER mark; or

h) instructing, assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (g) above";

WHEREAS, because Defendants failed to comply with the Default Judgment, Plaintiffs moved for a finding of contempt against Defendants on July 22, 2020 (ECF Nos. 24-26, "Plaintiffs' First Contempt Motion") seeking an award of monetary damages, which the Court granted on September 14, 2020 (ECF No. 31);

WHEREAS, because Defendants failed to comply with the Default Judgment and the Court's order granting Plaintiffs' First Contempt Motion, Plaintiffs moved for a second finding of contempt against Defendants on March 30, 2021 (ECF Nos. 36-38, "Plaintiffs' Second Contempt Motion") seeking incarceration of Defendant Darji, which the Court granted on May 27, 2021, only to later terminate the arrest warrant on June 3, 2021 upon learning that Defendant Darji already was incarcerated in New Jersey for unrelated charges (ECF No. 50);

WHEREAS, upon Defendant Darji's release from incarceration on unrelated charges, because Defendants still failed to comply with the Default Judgment and the Court's order granting Plaintiffs' First Contempt Motion, Plaintiffs moved for a renewed second finding of contempt against Defendants on April 4, 2023 (ECF Nos. 57-59, "Plaintiffs' Renewed Second Contempt Motion") seeking incarceration of Defendant Darji;

WHEREAS, on July 25, 2023, Plaintiffs filed a letter identifying a list of email addresses, social media accounts, websites, and webpages created, owned, and/or operated by Defendants that violate the Default Judgment (see ECF No. 93, the "Ongoing Infringement Letter");

WHEREAS, on July 28, 2023, Plaintiffs and Defendant Darji appeared for an in-person hearing on Plaintiffs' Renewed Second Contempt Motion, and it was agreed that the parties would submit to the Court proposed consent orders instructing the service providers of the social

media accounts, websites, and webpages identified in the Ongoing Infringement Letter to remove and/or disable the infringing accounts, websites, webpages, and email addresses;

WHEREAS, on September 12, 2023, the Court issued an Order holding in abeyance its ruling with respect to the email address dukerockefeller44@gmail.com, so long as Defendant Darji complied with the following:

> Defendant is prohibited from using the disputed Gmail account to communicate with anyone associated with or connected to Plaintiffs in any way. If Defendant violates this directive, Plaintiffs are to notify the Court immediately and submit a proposed take-down order for the Gmail account. After receipt, the Court will so order the take-down order and consider additional sanctions as necessary.

September 12, 2023 Order (ECF. No. 113);

WHEREAS, by letter dated November 13, 2023, Plaintiffs provided the Court with evidence of Defendant Darji's failure to comply with the September 12, 2023 Order with respect to the dukerockefeller44@gmail.com email address as well as his use of the name ROCKEFELLER as part of an alias for a second address, gazingowl007@gmail.com (ECF No. 120);

WHEREAS the Court ordered Defendant Darji to show cause why the Proposed Order should not be entered instructing Gmail to remove the disputed dukerockefeller44@gmail.com account and to use reasonable efforts to prevent Defendant Darji from using the gazingowl007@gmail.com account in a way that violates the Default Judgment by December 1, 2023 (ECF No. 121);

WHEREAS Defendant Darji failed to respond to the Court's Order; and

WHEREAS the Court, having considered the facts and legal arguments set forth in Plaintiff's Renewed Second Contempt Motion, the Ongoing Infringement Letter and Plaintiffs' November 13, 2023 letter and having found that Defendants willfully, knowingly, and

intentionally violated the terms of the Default Judgment, has determined that the relief provided herein is necessary and proper to compel Defendants to comply with the Default Judgment.

IT IS HEREBY ORDERED THAT:

1. The dukerockefeller44@gmail.com Gmail account "mak[es] unauthorized use of the mark ROCKEFELLER . . . including but not limited to the surname Rockefeller, ROCKEFELLER MANAGEMENT CO., ROCKEFELLER CAPITAL MANAGEMENT . . . in or as part of a[] surname, corporate name, trademark, service mark, domain name, trade name, business name, fictitious name" in violation of Paragraph 9(a) of the Default Judgment: (the "Infringing Gmail Account").

2. Google shall disable the Infringing Gmail Account and remove all content otherwise associated with the Infringing Gmail Account so that such content is no longer available, either publicly or privately.

3. Google shall use its best efforts to ensure that Defendants do not in the future create Gmail accounts that violate the Default Judgment, including by disabling such accounts if Google becomes aware of a violation.

4. Google shall use its best efforts to ensure that Defendants do not in the future use Gmail accounts, including the gazingowl007@gmail.com Gmail account, in a manner that violate the Default Judgment, e.g., by permitting Defendants to use the ROCKEFELLER name and trademark in connection therewith, including by disabling such accounts if Google becomes aware of a violation.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

SO ORDERED.

Date: **December 4, 2023**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

# James Weinberger

| | |
|---|---|
| **From:** | Duke Mehal David Rockefeller <dukerockefeller44@gmail.com> |
| **Sent:** | Friday, November 10, 2023 9:01 AM |
| **To:** | Anthony Burti |
| **Cc:** | bcg77799@163.com |
| **Subject:** | Greeting supreme Commander President xi |
| **Attachments:** | have 13 familes and rockco china stamp with xi (2).pdf |

You don't often get email from dukerockefeller44@gmail.com. Learn why this is important

Can you please see to it that King Charles gets this letter and intervenes in the sergeant matter. I appreciate your cooperation. Thank you for your help. My godfather David Zorn and I are Harvard alumni and we are very loyal and request the intervention of the Chinese government to contact King Charles in this very important matter where time is of the essence. Thank you. God bless you and let the sun rise on the east.

God bless you President XI

Sincerely

Duke

1

**Rockefeller Capital Management**

One Rockefeller Plaza, 10th Floor
New York City, New York 10020
646-369-2967
chairman@rockco.cc

October 21, 2023

From the desk of Duke Mehal D Rockefeller

Mayor Councillor Gary Heather
Deputy Mayor Councillor Anjna Khurana
Islington Council Islington
Town Hall Upper Street London N1 2UD

Petitions and Inquiries Section
Committee Against Torture
Office of the High Commissioner for Human Rights
United Nations Office at Geneva
8-14 Avenue de la Paix, 1211 Geneve 10, Switzerland
Email: ohchr-petitions@un.org

mmervyn@icloud.com

southerncommandza@gmail.com

**King Charles III
Buckingham Palace
London SW1A 1AA**

**Subject: Urgent Settlement Demand for Duke Mehal Rockefeller and Brendan Mervyn**

**Your Majesty,**

I hope this letter finds you in good health and high spirits. I am writing to bring to your immediate attention a matter of utmost importance that concerns the rights, justice, and well-being of Duke Mehal Rockefeller and Brendan Mervyn. The purpose of this communication is to request your urgent intervention and assistance in facilitating a swift and fair resolution to the pending litigation against Rockefeller Co (NY), Progressive Insurance et al.

I am Duke Mehal Rockefeller, the plaintiff in the aforementioned case, and I write to provide additional context and evidence that necessitate an expedited settlement. Recently, I received correspondence from Anthony, which revealed critical information related to the case. According to the documents and information in my possession:

1. **Last Will and Testament of David Rockefeller Sr.:** I possess the last will and testament of David Rockefeller Sr., which designates me as the executor, heir, and trustee. This document legally transfers the ROCKEFELLER TRADEMARK & COPYRIGHT to me. My legal counsel is prepared to probate this as an after-discovered will, a significant legal instrument that substantiates my claim.

2. **Ownership, Usage, and Rights to Rockefeller Name:** Official legal documents grant me and my Rockefeller Co (NJ) ownership, usage, and rights to the Rockefeller name on a broad and sweeping scale. This legal standing effectively displaces Rockefeller Co (NY) and other family members, redirecting accumulated wealth to me, by default, with prejudice.

3. **Collaboration Offer:** I have extended an offer to resolve all claims for a mere 1% of the TOTAL PRESENT DAY VALUE OF ALL CLAIMS. Additionally, I am open to signing a peace treaty with the Rockefeller family and Rockefeller Co (NY) et al, fostering collaboration in the ongoing digital transformation.

4. **Criminal Conspiracy:** Evidence points towards a criminal conspiracy involving RCM, agents, actors, and entities collaborating with the FBI and the cartel in illegal activities, including torture, terrorization, and privacy violations. Affidavits from President George Bush substantiate these claims against nefarious actors and agents involved in my persecution and violation of numerous UCC laws.

5. Progressive Insurance has engaged in bad faith and already has the tax return of Duke Mehal Rockefeller. Demand for tender of policy has already been made. Five Star Trust Accounts are as below.

If the people were to ever find out what we have done, we would be chased down the streets and lynched.

- George H.W. Bush, commenting to White House Reporter Sarah McClendon, in 1992

It has been heavily documented in books, magazines and congressional hearings that U.S. intelligence agencies, the Department of Defense, the Drug Enforcement Agency, and the U.S. Customs Service have been heavily involved in drug trafficking for decades. This has gone on with the complicity and participation of top government officials, including those in the White House.

Very little reportage, however, has focused on the all-important money trail specifically how much money was laundered and where it went. Make no mistake, the BCCI and Nugan Hand Bank scandals were only the tip of the CIA's money laundering operation. My investigation includes tapping into their secret bank accounts, viewing top-secret government documents, and numerous conversations with former CIA operative Marion Horn, Jr. (a.k.a. "JR") and his attorneys. There is no question that hundreds of bank accounts were opened worldwide by various intelligence agents. The funds are deposited in various banks in many countries -- amounting to hundreds of billions of dollars, if not trillions! This illicit money was initially deposited under separate account names and numbers, with nosingle agent knowing the location of the others. Over the years, an effort was made to locate the various accounts and most have now been placed under a single account name and number to keep track of them: Five Star Trust (account #405100-92, ref.118-65).

After Horn gave me the account number, password, and pin number, I confirmed the existence of more than 300 accounts with the same name and numbers. Since then, Marion

Horn has advised me that over 825 accounts have been located -- again, all under the Five Star Trust name and with Marion Horn listed as the Executive Trustee.

You are about to read the extraordinary story of Mr. Horn's struggles with the CIA and other federal agencies over a 30-year period -- all the way up to negotiations in 2011-2012 with Horn's attorney and representatives from the White House and State Department. This is an extremely complex story that includes a financial relationship with the late Baron Guy Rothschild and former CIA Director Richard Helms. The essence of it is that Marion Horn was a front man for the CIA's massive money laundering operation. He was never part of the drug trafficking side, but out of a sense of patriotism (and anticipated profits), he agreed to help launder a Japanese Certificate of Deposit in the amount of 318 billion Japanese yen (approximately 1.2 billion dollars at the time). Soon after,

however, CIA operatives began opening accounts under his name and dumping hundreds of billions of dollars into Five Star Trust accounts. They threatened harm to him and his family if he didn't go along and keep his mouth shut.

What you are about to read is the most secret information ever released to the public.· It proves that the federal government, the courts, and major federal agencies are engaged in on going criminal activity of the highest order. You will never view your government in the same light again. You are going to read many top-secret government documents discussing major drug trafficking operations, the names of high-level government officials involved, their participation and cover-up of government murders, and the efforts of myself and others torecover the money and expose them. I've included plenty of names.

Members of congress and the President know about Five Star Trust, but they would have a tough time explaining their complicity if they admitted it. How would they explain endangering national security by cutting defense, cutting Social Security and Medicare, and burdening us with unsustainable debt.

When trillions of dollars and gold bullion is stashed in secret accounts!! And how would they justify putting millions of people in prison on drug and money laundering charges when the government itself, It would be political suicide.

I am in the process of filing this evidence with The World Leaders Forum - TWLF, the governing body, and highest court in the world, establishing human rights internationally.

This Sovereign Inter-governmental Organization, registered with W.I.P.O, will ensure the implementation of the Universal Declaration of Human Rights adopted by the UN.

I kindly request your immediate intervention in urging all relevant parties, including Rockefeller Co (NY) et al, to engage in settlement discussions and reach a resolution within the next thirty-six (36) hours. Time is of the essence, and a swift resolution can prevent protracted legal battles and further harm to the parties involved.

I deeply appreciate your attention to this matter and your commitment to justice and human rights. Please consider the gravity of the situation and the far-reaching consequences of this case. Your assistance in securing a just and peaceful resolution is crucial, and I trust in your dedication to upholding the principles of justice and fairness.

May God guide us towards a swift resolution, and I eagerly await your response.

[Attach the content of the previous letter sent to the United Nations Human Rights Treaty Committee]

**Sincerely,**

**/s/ Mehal Rockefeller**

**His Imperial Majesty Sovereign Grand Inspector General Emperor Mehal Rockefeller**
Executive Director/CEO at Rockefeller Capital Management

Agreed and confirmed by the 13 Families Druid Council
SIGNED AND SEALED BELOW

Attachments: Demand Letter to Rockefeller Capital Management

Demand and request for countersue the plaintiff Rockefeller Capital Management et al in the amount of $333 Centillion Dollars with prejudice against plaintiff addressed to Judge Valerie Caponie

Trademark assignment from David Rockefeller to Duke Mehal Rockefeller

Letter from Mr. Mervyn

# James Weinberger

| | |
|---|---|
| **From:** | DUKE MEHAL ROCKEFELLER <gazingowl007@gmail.com> |
| **Sent:** | Saturday, November 11, 2023 9:48 AM |
| **To:** | NJ Docs; Nathan M Malatin; Anthony BURTI director of security in Rockefeller company; Mark H. Jaffe Attorney at Law; southerncommadza@gmail.com; Sandra Martinez; Robert Felix; James Weinberger |
| **Cc:** | Shurat HaDin - Israel Law Center; New Jersey Senate Republicans |
| **Subject:** | Please see attached documents remixes and demands grievances time is of the essence please cover yourself appropriately |

**[External Email]**

DUKE MEHAL ROCKEFELLER has sent you an email via **Gmail confidential mode:**

**Please see attached documents remixes and demands grievances time is of the essence please cover yourself appropriately**

This message was sent on Nov 11, 2023 at 6:47:49 AM PST
You can open it by clicking the link below. This link will only work for jweinberger@fzlz.com.

View the email

Gmail confidential mode gives you more control over the messages you send. The sender may have chosen to set an expiration time, disable printing or forwarding, or track access to this message. Learn more

Gmail: Email by Google
Use is subject to the Google Privacy Policy
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this message because someone sent you an email via Gmail confidential mode.