UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
1979 FAMILY TRUST LICENSOR, LLC                              :
and ROCKEFELLER & CO. LLC,                                   :
                                                             :
                              Plaintiffs,                    :
                                                             :      19-CV-4389 (VEC)
              -against-                                      :
                                                             :            ORDER
MEHAL J. DARJI aka MEHAL                                     :
ROCKEFELLER and ROCKEFELLER                                  :
MANAGEMENT CO.,                                              :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 23, 2024, Defendant Darji sent an ex parte email (attached to this Order) to the Undersigned's Chambers email account;

IT IS HEREBY ORDERED that Defendant Darji shall not contact Chambers by phone or by email; all communications, per the Undersigned's Individual Practices, are to be made in writing by filing a letter on ECF or through the SDNY's Pro Se Intake Unit: https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact.

IT IS FURTHER ORDERED that Mr. Darji's request for a meeting is DENIED, inasmuch as the Court does not conduct ex parte meetings, and there is not a pending matter that would be appropriate for the Court to discuss with him.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Darji.

SO ORDERED.

Date:  March 25, 2024
       New York, NY

_____
VALERIE CAPRONI
United States District Judge

| | |
|---|---|
| **From:** | Mehal Rockefeller |
| **To:** | Caproni NYSD chambers |
| **Cc:** | Jack Hurst Contact Columbia Ingrid R O S A R I O; Anthony |
| **Subject:** | Fwd: PRO SE FILING – CASE Case No. 1:19-cv-04389-VEC |
| **Date:** | Saturday, March 23, 2024 10:53:49 PM |

**CAUTION - EXTERNAL:**

I'm requesting an in Chambers meeting with the armor warship judge Valerie caproni immediately right now. 609-820-6560

---------- Forwarded message ---------
From: **ArchDuke Rockefeller** <chairman@rockco.cc>
Date: Sat, Mar 23, 2024, 10:44 PM
Subject: Fwd: PRO SE FILING – CASE Case No. 1:19-cv-04389-VEC
To: Personal Guarantor <lawfirmmiami@gmail.com>


Archie
---------- Forwarded message ----------
From: ArchDuke Rockefeller <chairman@rockco.cc>
Date: May 7, 2023 2:43 PM
Subject: PRO SE FILING – CASE Case No. 1:19-cv-04389-VEC
To: CaproniNYSDChambers@nysd.uscourts.gov
Cc:


 I'm requesting a private meeting in Chambers with the judge. Can you please call me at my cell phone 609-820-6560 thank you and God bless you

I, decens Regina, tuam ad coronam,
Et diu omins vive doloris expers,
Regis Henrici, superum favore, Optima coniux.

Thank you God bless you

Duke

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.